THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 
 

v.

 
 
 
 Travis J. Wright, Appellant.
 
 
 
 

Appeal From Sumter County
George C. James, Jr., Circuit Court Judge

Unpublished Opinion No. 2011-UP-231
Submitted May 1, 2011  Filed May 19, 2011 

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for
 Respondent.
 
 
 

PER CURIAM:  Travis
 J. Wright appeals his conviction for assault and battery of a high and
 aggravated nature, arguing the trial court erred in admitting testimony of
 prior bad acts into evidence at trial.  After a thorough review of the record, counsel's brief,
 and Wright's pro se brief, pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
FEW, C.J., PIEPER and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.